Tammy BERDEAUX, Plaintiff—
Appellant,

v.

Susan MANNING, Instructor for the
University of Wisconsin–Stout in her
official and individual capacity; Na-
than Kirkman, Judicial Officer for
University of Wisconsin–Stout in his
official and individual capacity, De-
fendants—Appellees.

No. 09–15533.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 6, 2010.

Tammy Berdeaux, Phoenix, AZ, pro se.

Richard Briles Moriarty, Assistant At-
torney General, Wisconsin Department of
Justice, Madison, WI, for Defendants–Ap-
pellees.

Before: SILVERMAN, CALLAHAN,
and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Tammy Berdeaux appeals pro se from
the district court's judgment dismissing for
lack of jurisdiction her action arising from
her participation in a Masters in Education
program through the University of Wis-
consin–Stout. We have jurisdiction under
28 U.S.C. § 1291. We review de novo,
*Pebble Beach Co. v. Caddy,* 453 F.3d 1151,
1154 (9th Cir.2006), and we affirm.

The district court properly dismissed
the action because Berdeaux failed to es-
tablish that the court had personal juris-
diction over defendants. *See Schwarzen-
egger v. Fred Martin Motor Co.,* 374 F.3d
797, 800, 802–03 (9th Cir.2004) (stating
that "the plaintiff bears the burden of
demonstrating that jurisdiction is appro-
priate," and setting forth test for specific
personal jurisdiction).

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

